NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FELIX L. SORKIN,**
*Plaintiff-Appellant,*

v.

**UNIVERSAL BUILDING PRODUCTS,**
*Defendant-Appellee.*

---

2010-1289

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0133, Judge Ron Clark.

---

## ON MOTION

---

## ORDER

Felix L. Sorkin moves without opposition to lift the stay of proceedings and to voluntarily dismiss this appeal with prejudice, due to settlement,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The stay of proceedings is lifted and the appeal is dismissed with prejudice.

(2) Each side shall bear its own costs.

FOR THE COURT

DEC 0 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John S. Egbert, Esq.
Kenneth R. Nowakowski, Esq.

s20

Issued As A Mandate: DEC 0 8 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK